## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

1 MINUTE

| | |
|---|---|
| **MINUTE OF PROCEEDINGS** | DATE: March 30, 2022 |
| **U.S. MAGISTRATE JUDGE MARCOS E. LOPEZ** | SAUSA Jordan Martin |

UNITED STATES OF AMERICA

Plaintiff

v

ELVIN PARADIS (1)
ANDRES FLORES (2)
Defendant(s)

Return of
Indictment by the Grand Jury
Criminal No. **22-CR-132 (RAM)**

Indictment was filed in open court.

**Arraignment to be set upon arrest.**

Case is assigned to Judge Raul M. Arias-Marxuach.

**NEW CASE:**

☐ This Indictment supersedes Criminal Case No. ---------.

☐ Defendant(s) **appeared** in ---------. Magistrate case merged and closed.

☐ Defendant(s) charged in magistrate case -----. but **not arrested.** Magistrate case merged and closed.

☒ Defendant(s) **not charged** in magistrate case.

☐ The Court granted the government's motion to seal.

☐ Defendant(s) to remain on same bond.

☐ Defendant(s) under custody: ---------. Marshal to produce defendant(s).

☒ Arrest warrants to be issued: 2.

☐ Summons to be issued.

**S/Génesis Y. Rivera-Soto**
Courtroom Deputy Clerk