# MINUTE ORDER

Page 13

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor          Date: 4/4/2022     Time: 10:00 a.m.

Defendant: 1) ELVIN PARADIS          J#: 02767-506     Case #: 22-MJ-2549-BECERRA
AUSA: Eric Morales          Attorney: AFPD – Christian Dunham
Violation: WARR/INDICT/D/PR/Conspiracy to Import Controlled Substance          Surr/Arrest Date: 4/1/2022     YOB: 1982
Proceeding: Initial Appearance          CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No          Recommended Bond:
Bond Set at:          Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services; Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
Defendant advised of rights and charges

Defendant sworn; AFPD appointed

*STIP $250K CSB w/Nebbia w/right to revisit (no hrg. held); Court sets*

*Defendant waived removal; Ordered removed to the District of Puerto Rico*

*Brady warning given*

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:     Time:     Judge:     Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 13:11:54          Time in Court: 10 mins

s/Lauren F. Louis          Magistrate Judge